# EXHIBIT A



**Service of Process Transmittal**
09/08/2021
CT Log Number 540210158

| | |
|---|---|
| **TO:** | Kim Lundy- Email<br>Walmart Inc.<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716-6209 |
| **RE:** | **Process Served in Virginia** |
| **FOR:** | Wal-Mart Stores, Inc.  (Former Name)  (Domestic State: DE)<br>WALMART INC.  (True Name) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: Estrada Tina Irlanda // To: WALMART INC.<br>*Name discrepancy noted*. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Fairfax County Circuit Court, VA<br>Case # CL20200015338 |
| **NATURE OF ACTION:** | Personal Injury - Slip/Trip and Fall - 10/08/2018 - 13059 Fair Lakes Pkwy, Fairfax VA 22033 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 09/08/2021 at 16:14 |
| **JURISDICTION SERVED :** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days after service |
| **ATTORNEY(S) / SENDER(S):** | Dagoberto J. Rodriguez<br>Rodriguez Law Firm, PLLC<br>9300 Peabody Street, Suite 208<br>Manassas, VA 20110<br>571-292-1209 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/09/2021, Expected Purge Date: 09/14/2021<br><br>Image SOP |
| **REGISTERED AGENT ADDRESS:** | CT Corporation System<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060<br>877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

Page 1 of  1 / DP



# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Sep 8, 2021

**Server Name:** Drop Service

| Entity Served | Walmart Stores Inc |
|---|---|
| Case Number | CL20200015338 |
| Jurisdiction | VA |



SPS

# COMMONWEALTH OF VIRGINIA
## CIRCUIT COURT OF FAIRFAX COUNTY
4110 CHAIN BRIDGE ROAD
FAIRFAX, VIRGINIA 22030
703-691-7320
(Press 3, Press 1)

**Tina Irlanda Estrada vs. Wal Mart Stores Inc**

CL-2020-0015338

**TO:** Wal Mart Stores Inc
Serve: CT Corp, R/A
4701 Cox Rd
Glen Allen, VA 23060

## SUMMONS – CIVIL ACTION

The party upon whom this summons and the attached complaint are served is hereby notified that unless within 21 days after such service, response is made by filing in the Clerk's office of this Court a pleading in writing, in proper legal form, the allegations and charges may be taken as admitted and the court may enter an order, judgment or decree against such party either by default or after hearing evidence.

**APPEARANCE IN PERSON IS NOT REQUIRED BY THIS SUMMONS.**

Done in the name of the Commonwealth of Virginia, on October 13, 2020.

JOHN T. FREY, CLERK

By: _____
Deputy Clerk

**Plaintiff's Attorney:** J Dagoberto Rodriguez

**VIRGINIA**:

FILED
CIVIL INTAKE

IN THE CIRCUIT COURT OF FAIRFAX COUNTY 5 PM 1: 14

ESTRADA, Tina Irlanda
Plaintiff,
c/o Rodriguez Law Firm, PLLC
9300 Peabody Street, Suite 208
Manassas, VA 20110

JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

CL. 2020  15338

v.

Wal-Mart Stores, Inc.
Defendant,

## COMPLAINT

COMES NOW the Plaintiff, Tina Irlanda Estrada, by counsel, and moves for judgment against the Defendant, Wal-Mart Stores, Inc., on the grounds and in the amount as hereinafter set forth:

1. On or about October 8, 2018, at approximately 9:00 P.M., the Plaintiff was lawfully upon the premises owned and/or operated by the Defendant Wal-Mart Stores, Inc., as a business invitee of Defendant.

2. At approximately 9:00 P.M., Plaintiff slipped on spilled unspecified clear liquid and fell, causing Plaintiff to sustain the serious and permanent injuries.

3. That Defendant Wal-Mart, Stores, Inc., as owner and/or operator owed a duty of care to all invitees, including Plaintiff to keep said premises free from dangerous conditions and hazards of which they knew or should have known about.

4. The Defendant's store is located at 13059 Fair Lakes Pkwy, Fairfax VA 22033.

5. Immediately after her fall, plaintiff was taken in ambulance to the INova Fair Oaks Hospital located at 3600 Joseph Siewick Drive, Fairfax VA 22033.

6. Plaintiff received emergency medical attention for the injuries sustained when she fell at the Wal-Mart store above indicated. Among her injuries Plaintiff complained of pain in her back, lower back, left arm, left elbow and left shoulder.

7. Plaintiff continued and completed medical treatment for the injuries sustained in the accident in question.

8. At that time and place, Defendant was careless and negligent in the permitting an accumulation of spilled unspecified clear liquid on the area where customer could slip, in failing to take adequate precautions to prevent customers from slipping, and in failing to warn of hazardous conditions.

9. As a proximate result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, mental anguish, permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of NINETY THOUSAND AND NO/100 DOLLARS ($90,000.00) and her costs in this behalf expended all with interest as allowed by law. A trial by jury is hereby demanded on all issues so triable.

Respectfully submitted,
Tina Irlanda Estrada
Plaintiff

By Counsel:

_____
Dagoberto J. Rodriguez, Esq.
VSB No. 81523
Rodriguez Law Firm, PLLC
9300 Peabody Street, Suite 208
Manassas, VA 20110
(571) 292-1209 (o)
(571) 292-1955 (f)
Email: dago@rlf.legal