IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| TINA IRLANDA ESTRADA<br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC.<br>    Defendant. | )<br>)<br>)<br>)<br>)   Case No. 1:21-cv-01094<br>)<br>)<br>)<br>)<br>) |

## CONSENT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and her counsel, hereby gives notice to this Honorable Court that the above-styled action is voluntarily dismissed, without prejudice against the Defendant. This request was agreed to by Defendant Wal-Mart Stores, Inc. on the condition that any new complaint filed by the Plaintiff in this matter will be filed in Federal Court in the Eastern District of Virginia and will contain the same facts that were alleged in Plaintiff's first Complaint.

Date: March 16, 2022

*So Ordered*

/s/ [signature]  3/17/22
T. S. Ellis, III
United States District Judge

Respectfully Submitted:

[signature]
Dagoberto Rodriguez, Esquire
VSB #: 81523
Rodriguez Law Firm, PLLC
8700 Centreville Road Suite 205
Manassas, VA 20110
571-292-1209 – Office
571-292-1955 – Fax
dago@rlf.legal

*Counsel for Plaintiff*

/s/John Murdock
John Murdock, Esquire
VSB#: 26647
POTTER & MURDOCK, P.C.
252 N. Washington St.
Falls Church, VA 22046
703-992-6950 – Office
703-852-7324 – Fax
jmurdock@pottermurdock.com

*Counsel for Defendant*